IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHAEL LANE | : | CIVIL ACTION |
| --- | --- | --- |
| *Petitioner* | : | |
| | : | No. 18-2813 |
| v. | : | |
| | : | |
| MARK GARMAN, *et al.* | : | |
| *Respondents* | : | |

# ORDER

**AND NOW**, this 22nd day of October 2018, upon consideration of the *Report and Recommendation* issued on September 21, 2018, by the Honorable Lynn A. Sitarski, United States Magistrate Judge (the "Magistrate Judge"), [ECF 8], to which no objections were filed by Petitioner Michael Lane ("Petitioner"), and after a careful and independent review of the record,[1] it is hereby **ORDERED** that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**;
2. Petitioner's motion for stay and abeyance is **DENIED**;
3. The Petition for Writ of *Habeas Corpus* is **DISMISSED**, without prejudice;
4. There is no probable cause to issue a certificate of appealability; and
5. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] As noted, Petitioner did not file any objection and/or response to the *Report and Recommendation* (the "R&R"). Therefore, in the absence of any objections, the R&R is reviewed under the "plain error" standard. *See Facyson v. Barnhart*, 2003 WL 22436274, at *2 (E.D. Pa. May 30, 2003). Under this plain error standard of review, an R&R should only be rejected if the magistrate judge commits an error that was "(1) clear or obvious, (2) affect[ed] 'substantial rights,' and (3) seriously affected the fairness, integrity or public reputation of judicial proceedings." *Leyva v. Williams*, 504 F.3d 357, 363 (3d Cir. 2007) (internal quotations and citations omitted). Here, after a thorough independent review of the record and the R&R, this Court finds no error was committed by the Magistrate Judge and, therefore, approves and adopts the R&R in its entirety.